UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC MARTIN #724371,

        Plaintiff,

                                        File no: 1:20-cv-1073

v.

                                        HON. ROBERT J. JONKER

MEGEN TANNER, et al.,

        Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 13, 2021 (ECF No. 31).   The Report and Recommendation was duly served on the parties.    No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 31) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (ECF Nos. 21, 24) are **DENIED**.

Dated:    October 6, 2021             /s/ Robert J. Jonker            
                                    ROBERT J. JONKER
                                    CHIEF UNITED STATES DISTRICT JUDGE